Submitted on record and briefs January 25, 1985, remanded with instructions
January 22, 1986

# MARSH,
*Petitioner,*

*v.*

# OREGON STATE PENITENTIARY,
*Respondent.*

(05-83-323; CA A31967)

713 P2d 45

Michael Paul Marsh, Salem, filed the brief *pro se* for petitioner.

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Scott McAlister, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

Petitioner was placed in segregation on May 24, 1983, pending a disciplinary hearing. Later, on an unrelated charge, he received a sanction of two years in segregation. Still later, he received six months in segregation on another disciplinary rule violation to run consecutive to the two-year sanction. He seeks review of the later sanction, apparently contending that he should have been given credit for the time he had served in segregation pending a disciplinary hearing.

The state concedes that under OAR 291-105-051(F) the hearings officer, in recommending a sanction, should give credit for time served and that, in this case, petitioner should have been given one additional day's credit.

Remanded with instructions to credit petitioner with time in segregation, beginning May 24, 1983.